**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Catherine Maness, Tedric Valentine, and John Doe,
Defendants,

Of whom Catherine Maness is the Appellant

and

Tedric Valentine is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2024-000842

———————

Appeal From Greenville County
Thomas T. Hodges, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-210
Submitted June 6, 2025 – Filed June 26, 2025

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Kristine Jaye Amin, of Amin Family Law & Mediation LLC, of Greenville, as the Guardian ad Litem for Appellant.

John Brandt Rucker and Allyson Sue Rucker, both of The Rucker Law Firm, LLC, of Greenville, for Respondent Tedric Valentine.

Amanda Stiles, of the South Carolina Department of Social Services, of Greenville, for Respondent South Carolina Department of Social Services.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem for the minor children.

---

**PER CURIAM:** Catherine Maness appeals the family court's final order finding she physically abused and physically neglected her minor child (Child) and terminating her parental rights to Child and another of her minor children. *See* S.C. Code Ann. § 63-7-1660(E) (2010) (setting forth findings a family court must make when removing a child from the custody of a parent); S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Maness's counsel.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.